UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR10-236-DB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| TODD A. DRAKE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:   Driving While License Suspended in First Degree, Operating a Motor Vehicle Without Ignition Interlock

<u>Dte of Detention Hearing</u>:   November 18, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged by Information with two misdemeanor offenses allegedly

DETENTION ORDER                                                                                                  PAGE 1

committed within the North Cascades National Park. He was arrested following the issuance of a bench warrant by the Honorable Dean Brett for failure to appear for hearing.

(2) Defendant's criminal record is extensive. It contains multiple failure to appear, failures to follow court orders, failures to comply with the conditions of supervision and multiple alcohol and controlled substance driving convictions. His residential history is unstable and there appear to be mental health issues and substance abuse issues.

(3) Defendant poses a risk of nonappearance due to history of failing to appear, history of failing to comply with Court orders, substance abuse issues, unstable residential history and mental health issues. He poses a risk of danger due to criminal history, substance abuse history, and a history of failing to comply with Court orders.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of November, 2010.

Mary Alice Theiler
United States Magistrate Judge